AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Bridget Ann Christiana

                                                JUDGMENT IN A CIVIL CASE

             Plaintiff,

v.                                         Case Number: 2:22-cv-01978-BNW

Kilolo Kijakazi

             Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Plaintiff, Bridget Ann Christiana, and against Defendant, Kilolo Kijakazi. This action is remanded to the Administrative Law Judge for further proceedings.

07/21/2023                                                      DEBRA K. KEMPI
Date                                                           Clerk

                                                                        /s/ A. Zamora
                                                                        Deputy Clerk