Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: marc.kalagian@rksslaw.com

Attorneys for Plaintiff
Bridget Ann Christiana

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIDGET ANN CHRISTIANA,<br><br>    Plaintiff,<br><br> vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social<br>Security,<br><br>    Defendant. | Case No.: 2:22-cv-01978-BNW<br><br>STIPULATION AND PROPOSED ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE BRENDA WEKSLER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Bridget Ann Christiana be awarded attorney fees in the amount of FOUR THOUSAND NINE HUNDRED dollars ($4,900.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

1   After the Court issues an order for EAJA fees to Bridget Ann Christiana, the

2   government will consider the matter of Bridget Ann Christiana's assignment of

3   EAJA fees to Marc Kalagian.  The retainer agreement containing the assignment is

4   attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010),

5   the ability to honor the assignment will depend on whether the fees are subject to

6   any offset allowed under the United States Department of the Treasury's Offset

7   Program.  After the order for EAJA fees is entered, the government will determine

8   whether they are subject to any offset.

9   Fees shall be made payable to Bridget Ann Christiana, but if the

10   Department of the Treasury determines that Bridget Ann Christiana does not owe a

11   federal debt, then the government shall cause the payment of fees, expenses and

12   costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC,

13   pursuant to the assignment executed by Bridget Ann Christiana.[1]  Any payments

14   made shall be delivered to Law Offices of Lawrence D. Rohlfing, Inc., CPC.

15   This stipulation constitutes a compromise settlement of Bridget Ann

16   Christiana's request for EAJA attorney fees, and does not constitute an admission

17   of liability on the part of Defendant under the EAJA or otherwise.  Payment of the

18   agreed amount shall constitute a complete release from, and bar to, any and all

19   claims that Bridget Ann Christiana and/or Marc Kalagian including Law Offices of

20   Lawrence D. Rohlfing, Inc., CPC, may have relating to EAJA attorney fees in

21   connection with this action.

22   This award is without prejudice to the rights of Marc Kalagian and/or the

23   Law Offices of Lawrence D. Rohlfing, Inc., CPC, to seek Social Security Act

24

25   [1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien
26   under federal law against the recovery of EAJA fees that survives the Treasury
    Offset Program.

-2-

attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: August 16, 2023   Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*

BY:_____
Marc V. Kalagian
Attorney for plaintiff
BRIDGET ANN CHRISTIANA

DATED: August 16, 2023        JASON M. FRIERSON
United States Attorney

/s/ *David Priddy*

_____
DAVID PRIDDY
Special Assistant United States Attorney
Attorneys for Defendant
KILOLO KIJAKAZI, Acting Commissioner of
Social Security (Per e-mail authorization from
Michael Mullen)

**ORDER**

Approved and so ordered:

DATE: August 18, 2023

_____
THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

-3-

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3     I am employed in the county of Los Angeles, State of California.  I am over

4  the age of 18 and not a party to the within action.  My business address is 12631

5  East Imperial Highway, Suite C-115, Santa Fe Springs, California  90670.

6     On this day of August 17, 2023, I served the foregoing document described

7  as STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES

8  AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT,

9  28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 on the

10  interested parties in this action by placing a true copy thereof enclosed in a sealed

11  envelope addressed as follows:

12  Ms. Bridget Ann Christiana
    8000 Park Bench Ct.
13  Las Vegas, NV 89143

14     I caused such envelope with postage thereon fully prepaid to be placed in the

15  United States mail at Santa Fe Springs, California.

16     I declare under penalty of perjury under the laws of the State of California

17  that the above is true and correct.

18     I declare that I am employed in the office of a member of this court at whose

19  direction the service was made.

20
    Marc V. Kalagian   ____            */S/ Marc V. Kalagian*_____
21  TYPE OR PRINT NAME                        *SIGNATURE*

22

23

24

25

26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER** 2:22-cv-01978-BNW

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on August 17, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system, except the plaintiff served herewith by mail.

/s/ *Marc V. Kalagian*

_____

Marc V. Kalagian
Attorneys for Plaintiff

# SOCIAL SECURITY REPRESENTATION AGREEMENT NOV 2 8 2022

This agreement was made on November 14, 2022, by and between the Law Offices of Lawrence D. Rohlfing, Inc., CPC referred to as attorney and **Ms. Bridget Ann Christiana**, S.S.N. ___ __ -4758, herein referred to as Claimant.

1. Claimant employs and appoints Law Offices of Lawrence D. Rohlfing, Inc., CPC to represent Claimant as Ms. Bridget Ann Christiana's Attorneys at law in a Social Security claim regarding a claim for disability benefits and empowers Attorney to take such action as may be advisable in the judgment of Attorney, including the taking of judicial review.

2. In consideration of the services to be performed by the Attorney and it being the desire of the Claimant to compensate Attorney out of the proceeds shall receive **25% of the past due benefits** awarded by the Social Security Administration to the claimant or **such amount as the Commissioner may designate under 42 U.S.C. § 406(a)(2)(A) which is $7,200.00 as of November 30, 2022,** whichever is smaller, upon successful completion of the case at or before a first hearing decision from an ALJ. If the Claimant and the Attorney are unsuccessful in obtaining a recovery, Attorney will receive no fee. This matter is subject expedited fee approval except as stated in ¶3.

3. The provisions of ¶ 2 only apply to dispositions at or before a first hearing decision from an ALJ. The fee for successful prosecution of this matter is **25% of the past due benefits awarded upon reversal of any unfavorable ALJ decision for work before the Social Security Administration.** Attorney shall petition for authorization to charge this fee in compliance with the Social Security Act for all time whether exclusively or not committed to such representation.

4. If this matter requires judicial review of any adverse decision of the Social Security Administration, the fee for successful prosecution of this matter is **a separate 25% of the past due benefits awarded upon reversal of any unfavorable ALJ decision for work before the court.** Attorney shall seek compensation under the Equal Access to Justice Act and such amount shall credit to the client for fees otherwise payable for that particular work. Client shall endorse such documents as are needed to pay Attorney any amounts under the EAJA and assigns such fee awards to Attorney.

5. Claimant shall pay all costs, including, but not limited to costs for medical reports, filing fees, and consultations and examinations by experts, in connection with the cause of action.

6. Attorney shall be entitled to a reasonable fee; notwithstanding the Claimant may discharge or obtain the substitution of attorneys before Attorney has completed the services for which he is hereby employed.

7. Attorney has made no warranties as to the successful termination of the cause of action, and all expressions made by Attorney relative thereto are matters of Attorney's opinion only.

8. This Agreement comprises the entire contract between Attorney and Claimant. The laws of the State of California shall govern the construction and interpretation of this Agreement except that federal law governs the approval of fees by the Commissioner or a federal court. Business and Professions Code § 6147(a)(4) states "that the fee is not set by law but is negotiable between attorney and client."

9. Attorney agrees to perform all the services herein mentioned for the compensation provided above.

10. Client authorizes attorney to pay out of attorney fees and without cost to client any and all referral or association fees to Don H. Jorgensen, not to exceed 25% of fees.

11. The receipt from Claimant of ___none___ is hereby acknowledged by attorney to be placed in trust and used for costs.

It is so agreed.

Ms. Bridget Ann Christiana

Law Offices of Lawrence D. Rohlfing, Inc., CPC
Lawrence D. Rohlfing

*Marc V. Kalagian*

Marc V. Kalagian